

Activity in Case MDL No. 2272 IN RE: Zimmer NexGen Knee Implant Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
01/05/2012 07:04 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 1/5/2012 at 8:03 AM EST and filed on 1/5/2012
**Case Name:**           IN RE: Zimmer NexGen Knee Implant Products Liability Litigation
**Case Number:**         MDL No. 2272
**Filer:**
**Document Number:** 308

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 1 action(s)** *re: pldg. ([296] in MDL No. 2272, 1 in OKN/4:11-cv-00785)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 1/5/2012.**

**Associated Cases: MDL No. 2272, OKN/4:11-cv-00785 (DP)**

**Case Name:** Gaddy v. Zimmer, Inc. et al
**Case Number:** OKN/4:11-cv-00785
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 1 action(s)** *re: pldg. ( [296] in MDL No. 2272, 1 in OKN/4:11-cv-00785)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 1/5/2012.**

**Associated Cases: MDL No. 2272, OKN/4:11-cv-00785 (DP)**

**MDL No. 2272 Notice has been electronically mailed to:**

**MDL No. 2272 Notice will not be electronically mailed to:**

**OKN/4:11-cv-00785 Notice has been electronically mailed to:**

Robert H Alexander, Jr   alexattys@productlaw.com

Wilfred K Wright, Jr   re.9001@yahoo.com

Joseph H. Yeager   jay.yeager@bakerd.com

Robert Benjamin Sherrer   ben@bensherrer.com

John Joseph Love   jjlove@productlaw.com

**OKN/4:11-cv-00785 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/5/2012] [FileNumber=247245-0] [
67d438714a4176a87b44bc8eb5e04c66a6ee02fbebb3f69ca0b677e072e310ee5641b4
b8e8cb9f5d1037c4d07beb7ce1ff49aba5ea2a6a6ad94159eaa93d2ffc]]